UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MATTHEW B. RANDOLPH,⁣   )
          )
     Petitioner, )
          )
 vs.        )  Case No. 4:13CV01098  SNLJ
          )
LARRY DENNEY,    )
          )
    Respondent. )

## MEMORANDUM AND ORDER

This matter is before me on a petition for writ of habeas corpus filed by Petitioner Matthew B. Randolph.  I referred this matter to United States Magistrate Judge Noel C. Collins for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b).  On January 4, 2018, Judge Collins filed her recommendation that Randolph's habeas petition should be dismissed.

Objections to Judge Collins' Report and Recommendation were filed.  After careful consideration, I will adopt and sustain the thorough reasoning of Judge Collins and deny Randolph's habeas petition for the reasons stated in the Report and Recommendation dated January 4, 2018.

I have also considered whether to issue a certificate of appealability. To grant a certificate of appealability, the Court must find a substantial showing of the denial of a federal constitutional right. *See Tiedeman v. Benson*, 122 F.3d 518, 522 (8th Cir. 1997). A substantial showing is a showing that issues are debatable among reasonable jurists, a Court could resolve the issues differently, or the issues deserve further proceedings. *Cox*

*v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997) (citing *Flieger v. Delo*, 16 F.3d 878, 882-83 (8th Cir. 1994)). Because Randolph has not made such a showing in this case, I will not issue a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that Judge Collins' Report and Recommendation, #83, filed January 4, 2018 is adopted and sustained in its entirety.

**IT IS FURTHER ORDERED** that Petitioner's Second Amended Petition for Writ of Habeas Corpus, #56, is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability. A separate Judgment in accordance with this Memorandum and Order is entered this same date.

Dated this 22nd day of March, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE